UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROGER D. SANDERS (a/k/a ROGER D. TATUM),

        Plaintiff,

    v.

LEWIS COUNTY JAIL, *et al.,*

        Defendants.

Case No. C07-5001 FDB/KLS

ORDER DENYING PLAINTIFF'S MOTION FOR FILING DATES AND RETURN MAIL RESPONSE TIME

This 42 U.S.C. § 1983 civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3, and MJR 4. Before the Court is Plaintiff's "Motion for Filing Dates and Return Mail Response Time after Motion is Heard" (Dkt. # 47). Plaintiff requests that the Court ensure that the Jail is delivering his mail to him in a timely fashion and questions the status of various motions that he has filed. Plaintiff requests that the Court fax his mail to defense counsel and that defense counsel hand-deliver the mail to him.

Despite Plaintiff's claim that he is unaware of the status of his motions and deadlines, the Court has received timely responses and objections from Plaintiff on his various motions. In addition, the Court Clerk sent a docket sheet to Plaintiff on May 7, 2007 in response to Plaintiff's request for an update on his pending motions. (Dkt. # 66). There is no legal or procedural authority for Plaintiff's request to require defense counsel to hand-deliver his mail and the Court will not grant such a request. The record reflects

ORDER
Page - 1

1   that Plaintiff's mail is being delivered to this Court and to him in a timely fashion.

2        Accordingly, Plaintiff's motion (Dkt. # 47) is **DENIED**.

3

4        DATED this  14th  day of May, 2007.

5

6

7

8                        Karen L. Strombom

9                        United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28