# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROGER D. SANDERS, a/k/a ROGER D. TATUM, <br><br> Plaintiff, <br><br> v. <br><br> STEVE MANSFIELD, *et al.*, <br><br> Defendants. | Case No. C07-5001 FDB <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION DENYING MOTION FOR TEMPORARY INJUNCTION |

This matter comes before the Court on the Reports and Recommendations of the Magistrate Judge that Plaintiff's motion for injunction relief [Dkt. #23] be denied. Plaintiff has filed objections thereto. Plaintiff's request for injunctive relief concerns the right of access to the courts. Plaintiff asserts that he is entitled to relief because the jail where he is housed has no law library. As detailed by the Magistrate Judge, Plaintiff has not shown that he has been irreparably harmed or that he will suffer harm in the future . Plaintiff's objections do not convince this Court otherwise.

Although the jail does not have a physical law library available, Plaintiff has available to him the services of standby counsel to assist him in his legal research, but plaintiff has nor availed himself of these services.

ORDER - 1

1 | The Court, having reviewed the Reports and Recommendations of Magistrate Judge Karen
2 | L. Strombom, Objections to the Reports and Recommendations, and the remaining record, does
3 | hereby find and Order:

(1) The Court adopts the Reports and Recommendation;

(2) The motion for injunctive relief [Dkt. #23] is **DENIED**;

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 21st day of May, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2