UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROGER D. SANDERS,<br><br>          Plaintiff,<br><br>v.<br><br>STEVE MANSFIELD, *et al*.,<br><br>          Defendants. | Case No. C07-5001 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Magistrate Judge's recommendation that Plaintiff's motion to voluntarily dismiss his action pursuant to Rule 41(a)(1) be granted. Plaintiff has not filed an objection. The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER::

(1)    The Court adopts the Report and Recommendation;

(2)    The Complaint is **DISMISSED** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

(3)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. Karen L. Strombom.

DATED this 22nd day of June, 2007.

                                       FRANKLIN D. BURGESS
                                       UNITED STATES DISTRICT JUDGE

ORDER
Page - 1