# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROGER D. SANDERS

       v.

STEVE MANSFIELD, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5001FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

The complaint is **DISMISSED** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

| June 26, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                             *s/CM Gonzalez*
                                                            Deputy Clerk